# United States District Court

## WESTERN DISTRICT OF WASHINGTON

HENRY E. YOUNG

v.

CLALLAM BAY CORRECTIONS CENTER et al,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5717RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.    the Report and Recommendation (Dkt. 14) is **ADOPTED.**

2.    Defendants' motion to dismiss is **GRANTED**.

3.    This case is **DISMISSED WITHOUT PREJUDICE**.

June 25, 2009                               BRUCE RIFKIN
                                                                Clerk


                                                        _Jennie L. Patton_
                                                            Deputy Clerk